NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

OBELIN JAIMES-AVILES,                        )
                                             )
          Appellant,                  )
                                             )
v.                                           )       Case No. 2D18-1036
                                             )
STATE OF FLORIDA,                            )
                                             )
          Appellee.                   )
                                             )
_____)

Opinion filed November 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Donald G. Jacobsen,
Judge.

Obelin Jaimes-Aviles, pro se.


PER CURIAM.


      Affirmed.


BLACK, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.